Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13558-AMC**

Dolores Darden  
1118 Willow Street  
Norristown  PA    19401

Petition Filed Date: 09/02/2020  
341 Hearing Date: 10/02/2020  
Confirmation Date: 06/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | $830.00 | | 09/01/2022 | $350.00 | | 09/29/2022 | $830.00 | |
| 10/27/2022 | $830.00 | | 11/29/2022 | $830.00 | | 01/05/2023 | $830.00 | |
| 01/31/2023 | $830.00 | | 02/28/2023 | $830.00 | | 03/29/2023 | $400.00 | |

**Total Receipts for the Period: $6,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,643.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $458.67 | $0.00 | $458.67 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $418.32 | $418.32 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $5,479.60 | $0.00 | $5,479.60 |
| 5 | MONTGOMERY COUNTY TAX CLAIM BUREAU<br>»» 004 | Secured Creditors | $33,349.12 | $16,099.08 | $17,250.04 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $801.02 | $0.00 | $801.02 |
| 7 | TEA OLIVE, LLC<br>»» 006 | Unsecured Creditors | $616.32 | $0.00 | $616.32 |
| 8 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $909.94 | $0.00 | $909.94 |
| 9 | VERIZON BY AIS AS AGENT<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AMERICREDIT FINANCIAL SERVICES<br>»» 009 | Unsecured Creditors | $15,366.65 | $0.00 | $15,366.65 |
| 0 | GEORGE R TADROSS ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

Chapter 13 Case No. 20-13558-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,643.50 | Current Monthly Payment: | $826.50 |
| Paid to Claims: | $18,017.40 | Arrearages: | $5,007.50 |
| Paid to Trustee: | $1,626.10 | Total Plan Base: | $45,313.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.